■ In the Matter of DOMINIC GABRIELLI, Appellant, v. V. JAMES CHIAVAROLI et al., as Commissioners of the Monroe County Board of Elections, Respondents.— Appeal unanimously dismissed, without costs, upon oral stipulation in open court. (Order entered April 11, 1973.) (Appeal from judgment of Monroe Special Term dismissing petition in application to extend time for filing designating petitions.) Present— Del Vecchio, J. P., Marsh, Moule, Cardamone and Henry, JJ.

■ In the Matter of H. EVEREST CLEMENTS, Appellant, v. V. JAMES CHIAVAROLI et al., as Commissioners of the Monroe County Board of Elections, Respondents.— Judgment unanimously affirmed, without costs. (Order entered April 11, 1973.) (Appeal from judgment of Monroe Special Term dismissing petition in application to extend time for filing designating petitions.) Present — Del Vecchio, J. P., Marsh, Moule, Cardamone and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT STEVEN KEMICK, Defendant. BERT R. DOHL, Assigned Counsel, Appellant.— Order unanimously reversed, without costs, and motion granted. Memorandum: Under the circumstances in this case the County Judge, in the exercise of his discretion, should have granted appellant's motion to vacate the order of assignment. Appellant's demonstrated concern for his professional ethics is commendable. (Appeal from order of Cattaraugus County Court denying motion to vacate order assigning counsel.) Present — Goldman, P. J., Marsh, Witmer, Moule and Simons, JJ.

■ In the Matter of RAYMOND G. BARRETT, Petitioner, v. VINCENT L. TOFANY, as Commissioner of Motor Vehicles, Respondent.— Determination unanimously confirmed, without costs. (See *Matter of O'Dea v. Tofany*, 41 A. D 2d 888, decided April 5, 1973.) (Review of determination revoking operator's license, transferred by order of Jefferson Special Term.) Present — Goldman, P. J., Marsh, Witmer, Moule and Simons, JJ.